IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -8 PM 12: 35

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

HENRY T. PHILLIPS,

    Plaintiff,

v.   No. 04-2746 B

JOHN E. POTTER, Postmaster General,

    Defendant.

---

## ORDER TO SHOW CAUSE WHY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE GRANTED

---

This lawsuit was brought by the pro se Plaintiff, Henry T. Phillips, on September 22, 2004. On October 24, 2005, the Defendant, John E. Potter, Postmaster General, moved for dismissal or, in the alternative, for summary judgment as to all claims alleged by the Plaintiff. According to the Court's docket, no response has been filed by Phillips, even though the deadline for such response has expired.[1] Indeed, no action whatever has been taken in this case on the Plaintiff's part since the motion was filed.

Accordingly, the Plaintiff is hereby directed, within fifteen (15) days of the entry hereof, to show cause why the motion referenced herein should not be granted. Failure of the Plaintiff to comply in a timely manner with this order may result in the granting of the pending motion and dismissal of this lawsuit with prejudice for failure to prosecute.

---

[1] Under the Local Rules of this district, responses to motions to dismiss and for summary judgment "must be filed within thirty days of service of the motion." LR7.2, Local Rules of the U.S. Dist. Ct. for the W. Dist. of Tenn.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-8-05



IT IS SO ORDERED this 7th day of December, 2005.

*[signature]*

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:04-CV-02746 was distributed by fax, mail, or direct printing on December 8, 2005 to the parties listed.

---

Cynthia Ray Eggleston
UNITED STATES POSTAL SERVICE
225 North Humphreys Blvd.
Memphis, TN 38166--017

Henry T. Phillips
3131 Radford Road
Memphis, TN 38111

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT